1  **THE DECKARD LAW FIRM**
   Diane C. Deckard, Esq. (SBN 99632)
2  96 North Third St., Ste. 350
   San Jose, CA  95112
3  Telephone: (408) 971-4359
   Facsimile:  (408) 971-4357
4
   Attorney for Plaintiff Ecast Inc.
5

6

7

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ECAST, INC.                                    | CASE NO.: CV-09-3001

13              Plaintiff,                         | **STIPULATION ENLARGING TIME**

14  vs.                                            | Civil Local Rule 6-1(a)    ; ORDER

15  MORRISON & FOERSTER, LLP;
    GERALD P. DODSON, ESQ.,
16  ERICA D. WILSON, ESQ., and DOES 1
    through 100, inclusive,

17              Defendants.

18  _____

19  MORRISON & FOESTER, LLP; GERALD
    P. DODSON, ESQ., ERICA D. WILSON,
20  ESQ.,

21              Counter-Complainants,

22  vs.

23  ECAST, INC.

24              Counter-Defendant.

25  _____

26          WHEREAS DEFENDANTS MORRISON & FOERSTER, LLP; GERALD P. DODSON,

27  ESQ.; and ERICA D. WILSON, ESQ. filed their Counterclaim against PLAINTIFF ECAST INC. on

28  July 2, 2009;

Page 1

1    WHEREAS an answer or other responsive pleadings was due to be filed by ECAST INC. on

2 || or before July 22, 2009;

3    NOW THEREFORE, the Plaintiff and Defendants stipulate pursuant to Local Civil Rule 6-

4 || 1(a) that the Plaintiff shall have fourteen (14) additional days to file an answer or other responsive

5 || pleadings, making that response due by August 5, 2009.

6

7    IT IS SO STIPULATED.

8

9                                                DURIE TANGRI PAGE LEMLEY
                                                 ROBERTS & KENT LLP

10

11  Dated: 22 July 2009             By: _____
                                         Ragesh K. Tangri
12                                       Attorney for Defendants
                                         Morrison & Foerster, LLP; Gerald P. Dodson,
13                                       Esq.; and Erica D. Wilson, Esq.

14

15                                               THE DECKARD LAW FIRM

16

17  Dated: July 23, 2009            By: _____
                                         Diane C. Deckard
18                                       Attorney for Plaintiff
                                         Ecast Inc.
19

20

21  IT IS SO ORDERED:

22

23

24  Edward M. Chen
    U.S. Magistrate Judge

25

26

27                                                    IT IS SO ORDERED

28                                                    Judge Edward M. Chen

                                                                          Page 2
                                                              Stipulation Enlarging Time