# DURIE TANGRI LLP

Ragesh K. Tangri
(415) 362-6666
rtangri@durietangri.com

September 30, 2009

Hon. Edward M. Chen
United States District Court
Northern District of California
Courtroom C, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    ECAST, Inc. v. Morrison & Foerster LLP
            USDC, Northern Dist. of CA Case No. CV 09 3001 EMC

Dear Judge Chen:

    I am counsel for defendants and counterclaimants in the above-referenced case.

    I write to inform the Court that the parties to this case have reached a settlement. A written settlement agreement has been prepared and is in the process of being signed by the clients.

    Currently there is a Case Management Conference scheduled for Wednesday, October 7, 2009. It is anticipated that dismissals will be filed on or about October 9, 2009. I spoke this morning with your Courtroom Deputy, Betty Lee, who requested that we e-file a short letter informing the Court of these developments, and who indicated that if we did so, she anticipated that the Court would continue the Case Management Conference by approximately two weeks, by which time the dismissals should be on file and the CMC could then be taken off calendar.

    Counsel for plaintiff and counterdefendant, Diane Deckard, had been informed that I would call Ms. Lee this morning, and has reviewed and approved of the filing of this letter.

    Please do not hesitate to contact me and/or Ms. Deckard if there is any further information we can provide.

                            Respectfully submitted,

                            Ragesh K. Tangri

cc:    Diane Deckard, Esq.