1 | DURIE TANGRI LLP
2 | DARALYN J. DURIE--#169825|
    ddurie@durietangri.com
3 | RAGESH K. TANGRI--#159477
    rtangri@durietangri.com
4 | 332 Pine Street, Suite 200
    San Francisco, CA  94104
5 | Telephone:  (415) 362-6666
    Facsimile:   (415) 236-6300
6 |
7 | Attorneys for Defendants GERALD P.
    DODSON, ESQ., ERICA D. WILSON, ESQ.,
    and Defendant and Counterclaim Plaintiff
8 | MORRISON & FOERSTER, LLP

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECAST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MORRISON & FOERSTER, LLP; GERALD P. DODSON, ESQ., ERICA D. WILSON, ESQ., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 09-cv-3001 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**  ; ORDER |
| MORRISON & FOERSTER, LLP,<br><br>Counter-Complainant,<br><br>vs.<br><br>ECAST, INC.<br><br>Counter-Defendant. | |

Defendants GERALD P. DODSON, ESQ., ERICA D. WILSON, ESQ., and Defendant and Counterclaim Plaintiff MORRISON & FOERSTER, LLP, and Plaintiff and Counterclaim Defendant ECAST, INC., by and through their undersigned counsel and pursuant to Federal Rule

of Civil Procedure 41(a)(1)(ii), hereby stipulate that the above-captioned action, including all claims and counterclaims raised therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement reached by the parties in this action.

DATED: October 8, 2009                                DURIE TANGRI LLP

                                                      By: /s/ Ragesh K. Tangri
                                                          RAGESH K. TANGRI
                                                      Attorneys for GERALD P. DODSON, ESQ.,
                                                      ERICA D. WILSON, ESQ., and
                                                      MORRISON & FOERSTER, LLP

DATED: October 8, 2009                                THE DECKARD LAW FIRM

                                                      By:  /S/ Diane C. Deckard
                                                           DIANE C. DECKARD
                                                      Attorneys for ECAST, INC.

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: October 8, 2009                                    /s/ Ragesh K. Tangri
                                                          RAGESH K. TANGRI

IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. MAGISTRATE
JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

2

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 09-cv-3001 EMC