```
DURIE TANGRI LLP
DARALYN J. DURIE--#169825|
ddurie@durietangri.com
RAGESH K. TANGRI--#159477
rtangri@durietangri.com
332 Pine Street, Suite 200
San Francisco, CA  94104
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300

Attorneys for Defendants GERALD P.
DODSON, ESQ., ERICA D. WILSON, ESQ.,
and Defendant and Counterclaim Plaintiff
MORRISON & FOERSTER, LLP
```

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECAST, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>MORRISON & FOERSTER, LLP; GERALD P. DODSON, ESQ., ERICA D. WILSON, ESQ., and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO. 09-cv-3001 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**  ; ORDER |
| MORRISON & FOERSTER, LLP,<br><br>           Counter-Complainant,<br><br>     vs.<br><br>ECAST, INC.<br><br>           Counter-Defendant. | |

Defendants GERALD P. DODSON, ESQ., ERICA D. WILSON, ESQ., and Defendant and

Counterclaim Plaintiff MORRISON & FOERSTER, LLP, and Plaintiff and Counterclaim

Defendant ECAST, INC., by and through their undersigned counsel and pursuant to Federal Rule

1

1  of Civil Procedure 41(a)(1)(ii), hereby stipulate that the above-captioned action, including all
2  claims and counterclaims raised therein, shall be and hereby are dismissed with prejudice pursuant
3  to a settlement agreement reached by the parties in this action.

4  DATED: October 8, 2009                         DURIE TANGRI LLP

5                                                 By:  /s/ Ragesh K. Tangri
                                                       RAGESH K. TANGRI
6                                                 Attorneys for GERALD P. DODSON, ESQ.,
                                                  ERICA D. WILSON, ESQ., and
7                                                 MORRISON & FOERSTER, LLP
8

9  DATED: October 8, 2009                         THE DECKARD LAW FIRM

10                                                By:   /S/ Diane C. Deckard
                                                        DIANE C. DECKARD
11                                                Attorneys for ECAST, INC.

12

13                            **SIGNATURE ATTESTATION**

14      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
15 "conformed" signature (/S/) within this efiled document.

16 DATED: October 8, 2009                                /s/ Ragesh K. Tangri
                                                          RAGESH K. TANGRI
17

18

19  IT IS SO ORDERED:

20

21  _____
22  EDWARD M. CHEN
    U.S. MAGISTRATE
23  JUDGE

24

25

26

27

28

                                        2